ACCEPTED
15-25-00028-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/3/2025 3:41 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00028-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/3/2025 3:41:47 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

---

TEXAS STATE UNIVERSITY AND TEXAS STATE
UNIVERSITY SYSTEM,
*Defendants-Appellants*,
*v.*

STUART PATRICK WILKINSON,
*Plaintiff-Appellee.*

---

On Appeal from the 22nd Judicial District Court of Hays County, Texas

---

## OPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

---

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

Defendants-Appellants, Texas State University and Texas State University System ("Appellants"), bring this opposed motion to request extension of the deadlines to file their Reply in this matter pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(c), and respectfully shows the Court the following:

1. The deadline for filing Appellants' Reply is set for June 16, 2025.

- 1 -

2. Appellants request a 14-day extension to this deadline, or until Monday, June 30, 2025.

3. Lead counsel for Appellants needs more time to prepare Appellants' Reply due to her participation in a jury trial set from June 4, 2025 to June 10, 2025 (*Sheela Athreya v. Texas A&M University*, Cause No. 4:23-cv-02478 (S.D. Tex)); a hearing on June 11, 2025 (*Alan Scott Caver v Attorney General of Texas*, Cause No. CIV23-0603 (411th Jud. Dist., Polk Cnty., Tex.)); and personal leave taken from June 16, 2025 to June 20, 2025. These issues demand her time and attention and serve as good cause for extending the time to file Appellants' Reply.

4. This is the first request for an extension on Appellants' Reply.

5. This motion is opposed.

The requested extension is reasonable and necessary to allow Appellants adequate time to prepare their respective brief. These requests are not made for delay, but only so that justice may be done.

**PRAYER**

For these reasons, Defendants-Appellants respectfully request that this Court grant a 14-day extension of time to file Appellants' Brief in this matter, to Monday, June 30, 2025.

Respectfully submitted,

*/s/ Rachel L. Behrendt*
**RACHEL L. BEHRENDT**
Texas Bar No. 24130871
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4112
Facsimile: (512) 320-0667
Rachel.Behrendt@oag.texas.gov

*Counsel for Defendants-Appellants Texas State University and Texas State University System*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with David Junkin, counsel for Appellee-Plaintiff, via email on June 3, 2025, regarding the substance of this motion, and he stated that he is opposed to this motion or the relief requested herein.

*/s/ Rachel L. Behrendt*
**RACHEL L BEHRENDT**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

       I certify that a true and correct copy of the foregoing document has been filed via the Court's electronic filing system to all counsel of record on June 3, 2025.

David Junkin
McGlothin Junkin & Wilde, PC
133 W. San Antonio, Suite 400
San Marcos, Texas 78666
(512) 392-7510
(512) 395-7520 Fax
david@mcglothlinlaw.com

*Counsel for Plaintiff-Appellee*

*/s/ Rachel L. Behrendt*
**RACHEL L BEHRENDT**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Rachel Behrendt
Bar No. 24130871
ariana.ines@oag.texas.gov
Envelope ID: 101570178
Filing Code Description: Motion
Filing Description: OPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS REPLY BRIEF
Status as of 6/3/2025 4:05 PM CST

Associated Case Party: Texas State University System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rachel L. Behrendt | | Rachel.Behrendt@oag.texas.gov | 6/3/2025 3:41:47 PM | SENT |

Associated Case Party: Texas State University

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rachel L. Behrendt | | Rachel.Behrendt@oag.texas.gov | 6/3/2025 3:41:47 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ariana Ines | | ariana.ines@oag.texas.gov | 6/3/2025 3:41:47 PM | SENT |

Associated Case Party: StuartPatrickWilkinson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David PatrickJunkin | | david@mcglothlinlaw.com | 6/3/2025 3:41:47 PM | SENT |